**Order entered October 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00768-CV**

**IN RE C.D., F.D. AND L.C., Relators**

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-12390**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Before the Court is relators' September 3, 2021 petition for writ of mandamus. We **DIRECT** relators to file, by **October 8, 2021**, a certified or sworn copy of: (1) the challenged order and (2) the reporter's record for the August 31, 2021 hearing. We caution relator that failure to provide the requested documents by this deadline may result in the denial of this original proceeding for non-compliance with Texas Rule of Appellate Procedure 52.

/s/    DAVID J. SCHENCK
        JUSTICE